# United States District Court

---------------------- NORTHERN DISTRICT OF OKLAHOMA----------------------

DANIEL COLDING,

          Plaintiff,

v.                                                    Case No:   4:21-cv-00066-EFM

EDUCATIONAL DEVELOPMENT
CORPORATION,

          Defendant,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS THEREFORE ORDERED that pursuant to the Memorandum and Order, Doc. 47, filed on February 16, 2023, Defendant's Motion for Summary Judgment, Doc. 39, is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion in Limine, Doc. 38, is DENIED AS MOOT.

IT IS FURTHER ORDERED that this case is DISMISSED.

February 16, 2023                                                      CLERK OF THE DISTRICT COURT
    Date

                                                                          by:   s/  C. Butler
                                                                                   Deputy Clerk